HERBERT HUTCHINSON, Appellant, *v.* SIGMUND STERN, Respondent.

*Hutchinson* v. *Stern,* 115 App. Div. 791, appeal dismissed.
(Argued October 29, 1907; decided November 1, 1907.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered December 6, 1906, which affirmed an order of Special Term striking out a portion of the complaint in an action to recover for an alleged assault.

*N. F. Breen* for appellant.

*John Conboy* and *Leon Kauffman* for respondent.

Appeal dismissed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, WERNER, WILLARD BARTLETT and CHASE, JJ. Absent: VANN, J.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES W. MORRELL, Appellant, *v.* WILLIAM E. DOLD, Respondent.

(Submitted October 28, 1907; decided November 1, 1907.)

Motion for re-argument denied, without costs. (See 189 N. Y. 546.)